PROB 12C
(7/93)

Report Date: October 4, 2012

## United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 09 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Oscar Nateras-Maya          Case Number: 2:09CR06028-001

Address of Offender: incarcerated at Yakima County Jail, Washington

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: August 31, 2009

| | |
|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326(a) |
| Original Sentence: | Prison - 6 Months; TSR - 36 Months |

Type of Supervision: Supervised Release

| | | | |
|---|---|---|---|
| Asst. U.S. Attorney: | Alexander Carl Ekstrom | Date Supervision Commenced: | December 12, 2009 |
| Defense Attorney: | James Stewart Becker | Date Supervision Expires: | December 11, 2012 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On September 21, 2012, Mr. Nateras-Maya was arrested for making false statement to a public servant, under Yakima Municipal Court case no. H00020866.

According to the Yakima Police Department (YPD) report, on September 21, 2012, at 11:52 a.m., officers went to North Fifth Avenue in Yakima, Washington in attempt to locate Oscar Nateras-Maya to serve civil papers.

Upon questioning, the defendant identified himself as Jesus Lagones Ortega date of birth May 6, 1986. The officer detained the subject for further investigation. The officer ran Mr. Nateras-Maya's name through the Department of Licensing and confirmed via photo the individual he had detained in his patrol vehicle was the defendant.

Prob12C

Re: Nateras-Maya, Oscar
October 3, 2012
Page 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 09 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

2   **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

   **Supporting Evidence**: Mr. Nateras-Maya reentered the United States illegally, however, the exact date is unknown. As noted in violation 1, the defendant was located and arrested by YPD officers on September 21, 2012, in Yakima, Washington.

3   **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.

   **Supporting Evidence**: Mr. Nateras-Maya illegally reentered the United States without permission, as noted in violation 1. According to the U.S. Immigration and Customs Enforcement, the defendant was deported to Mexico on December 19, 2009, at San Ysidro, California, and has not obtained permission to reenter the United States.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/04/2012

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/9/2012
Date